**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNABE GODINEZ HERNANDEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et.al.<br>Respondents. | Case No. 3:26-cv-00219-ART-CSD<br>**ORDER GRANTING**<br>**Joint Stipulation for Extension of Time for Federal Respondents to Respond to Petitioner's First Set of Interrogatories and Requests for Production**<br>**(First Request)** |

Petitioner Bernabe Godinez Hernandez ("Petitioner") and Federal Respondents Markwayne Mullin, Pamela Bondi, Todd Lyons and Jason Knight ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to Petitioner's First Set of Interrogatories and Requests for Production from August 14, 2026, to **August 18, 2026**. Federal Respondents need this additional time to receive information from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension. This request is made in good faith and not for the purpose of delay.

/ / /

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's First Set of Interrogatories and Requests for Production from August 14, 2026, to **August 18, 2026**.

Respectfully submitted this 14th day of August 2026.

LAW OFFICES OF KAREN S. MONRREAL

*/s/Karen S. Monrreal*
KAREN S. MONRREAL
601 S. Arlington Ave.
Reno, NV 89503
karen@monrreallaw.com
775.826.2380 o
775.826.2386 f
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Assistant United States Attorney

**IT IS SO ORDERED:**

Anne R. Traum
United States District Judge

Dated: August 17, 2026