**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNABE GODINEZ HERNANDEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 3:26-cv-00219-ART-CSD<br>**ORDER GRANTING**<br>**Unopposed Motion for Extension of Time for Federal Respondents to File a Response to Petitioner's Motion to Enforce Judgment and For Equitable Relief, ECF No. 30**<br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for an extension from September 17, 2026, to and including September 23, 2026, to file a Response to Petitioner's Motion to Enforce Judgment and For Equitable Relief, ECF No. 30. This extension is requested because undersigned counsel is on sick leave and also have preapproved leave on September 21, 2026. Counsel for the Petitioner does not object to this request for an extension of time.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file a Response to Petitioner's Motion to Enforce Judgment and For Equitable Relief, ECF No. 30, through and including September 23, 2026.

Respectfully submitted this 17th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED**.

ANNE R. TRAUM
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 18, 2026